IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**WESLEY YAZZIE,**

      Plaintiff,

v.                                                                    No. CIV-13-0371 LAM

**CAROLYN W. COLVIN,** Acting Commissioner
of the Social Security Administration,

      Defendant.

# FINAL ORDER

    **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing, With Supporting Memorandum (Doc. 20)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

    **IT IS SO ORDERED.**

*[signature: Lourdes A. Martinez]*
**THE HONORABLE LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**